IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| ABNER ORTIZ, individually and on behalf of all others similarly situated,<br>*Plaintiff*, | § § § § | |
| | § | Civil Action No. 4:18-cv-547 |
| v. | § § | JURY DEMANDED |
| KORBIN INSULATION SYSTEMS, LLC, and JAMES C. BROUSSARD,<br>*Defendant*. | § § § § | |

## ORDER GRANTING MOTION TO DISMISS WITH PREJUDICE

ON THIS DAY came to be heard Plaintiff's Motion to Dismiss with Prejudice (the "Motion" - Dkt. #25). The Court, having carefully reviewed the Motion and after due consideration, finds that Plaintiff's Motion shall in all things be GRANTED.

It is, therefore, ORDERED AND ADJUDGED as follows:

1. The above-referenced cause shall be dismissed with prejudice.
2. The parties shall pay their own costs

All relief not previously granted is hereby denied.

The Clerk is directed to close this civil action.

**IT IS SO ORDERED.**

SIGNED this 19th day of February, 2020.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE